The judgment is reversed and the cause remanded.

## BROWN v. STATE.
### No. 17997.

Court of Criminal Appeals of Texas.
March 11, 1936.

J. H. Atwood, of Lamesa, and Tom Garrard, of Tahoka, for appellant.

244

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful transportation of intoxicating liquor; penalty assessed at confinement in the penitentiary for two years.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

